# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00146-CV

**Samuel Adjei Sarfo, Appellant**

**v.**

**Commission for Lawyer Discipline, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003392, THE HONORABLE ALBERT M. MCCAIG JR., JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on June 19, 2019. On appellant's motion, the time for filing was extended to July 22, 2019. Appellant has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than August 21, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on July 25, 2019.

Before Justices Goodwin, Baker, and Kelly